UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONCORD INDUSTRIES, INC.

   v.                                                                                                    3:03CV218 WWE

LASER DESIGN, INTL.

## JUDGMENT

On September 30, 2003, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before October 30, 2003.   No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 8th day of December, 2003.

                                                    KEVIN F. ROWE, Clerk

                                                    By _____
                                                           Deputy-in-Charge

Entered on Docket _____