ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 DEC -2  A 9: 52

US

| | |
|---|---|
| CONCORD INDUSTRIES, INC., | Index No.: 3:03 CV 0218 (WWE) |
| Plaintiff, | |
| - against - | **NOTICE OF DISMISSAL** |
| LASER DESIGN INTERNATIONAL, LLC and CRYSTALIX USA, | |
| Defendants. | |

    PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, Concord Industries, Inc., hereby dismisses its Complaint against defendants Laser Design International, LLC and Crystalix USA, without prejudice.

Dated: Norwalk, Connecticut
     December 1, 2003

                                                          GRIMES & BATTERSBY, LLP

                                                          _____
                                                          Edmund J. Ferdinand, III (Bar No. 21287)
                                                          Russell D. Dize (Bar No. 23064)
                                                          488 Main Avenue
                                                          Norwalk, Connecticut 06851-1008
                                                          (p) (203) 849-8300

                                                          Attorneys for Plaintiff
                                                          Concord Industries, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Dismissal has been served upon the defendants, Laser Design International, LLC and Crystalix USA, on this 1st day of December 2003 via U.S. Mail, First-Class, postage prepaid, to:

Ernest H. Chen, Esq.
Cooley Godward, LLP
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580

Ronald D. Green, Esq.
Quirk & Tratos
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109

Wesley W. Whitmyer, Jr., Esq.
St. Onge Steward Johnston & Reens, LLC
986 Bedford Street
Stamford, CT 06905

_____
Russell D. Dize