**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 DEC -2 A 9:52

---

CONCORD INDUSTRIES, INC.,

        Plaintiff,

- against -

LASER DESIGN INTERNATIONAL, LLC and
CRYSTALIX USA,

        Defendants.

Index No.: 3:03 CV 0218 (WWE)

**NOTICE OF DISMISSAL**

---

APPROVED and SO ORDERED
Warren W. Eginton, S.U.S.J.
Bridgeport, CT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, Concord Industries, Inc., hereby dismisses its Complaint against defendants Laser Design International, LLC and Crystalix USA, without prejudice.

Dated: Norwalk, Connecticut
       December 1, 2003

GRIMES & BATTERSBY, LLP

_____
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300

Attorneys for Plaintiff
Concord Industries, Inc.

FILED 2003 DEC 10 P 2:31